IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicholas K. Kowalczyk and Andria Kowalczyk,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Vision Service Plan,<br><br>　　　　Defendant. | No. CV-09-1735-PHX-FJM<br><br>**ORDER** |

　　Pursuant to the parties' Stipulation of Voluntary Dismissal, with Prejudice Pursuant to Settlement Agreement,

　　IT IS ORDERED that this action and all claims alleged herein shall be dismissed with prejudice, each party to bear their own costs and fees associated with this action.

　　DATED this 2nd day of September, 2010.

　　　　　　　　　　　　　　　　　　　　/s/ Frederick J. Martone
　　　　　　　　　　　　　　　　　　　　Frederick J. Martone
　　　　　　　　　　　　　　　　　　　　United States District Judge